FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

2009 SEP 16   PM 12:30

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cause No. 2 09CR.183 |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| BONIFACIO TREVINO, a/k/a "BONES" | ) | 18 U.S.C. § 2 |
| | ) | |
| ALEJANDRO RIOS, a/k/a "ALEX" | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about March 26, 2008, in the Northern District of Indiana,

**BONIFACIO TREVINO, a/k/a "BONES,"**

defendant herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

#1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about April 1, 2008, in the Northern District of Indiana,

**BONIFACIO TREVINO, a/k/a "BONES,"**

defendant herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about May 7, 2008, in the Northern District of Indiana,

**BONIFACIO TREVINO, a/k/a "BONES," and**

**ALEJANDRO RIOS, a/k/a "ALEX,"**

defendants herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about May 13, 2008, in the Northern District of Indiana,

**BONIFACIO TREVINO, a/k/a "BONES," and**

**ALEJANDRO RIOS, a/k/a "ALEX,"**

defendants herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about May 30, 2008, in the Northern District of Indiana,

**BONIFACIO TREVINO, a/k/a "BONES,"**

defendant herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about June 11, 2008, in the Northern District of Indiana,

**BONIFACIO TREVINO, a/k/a "BONES,"**

defendant herein, knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

s/ Foreperson
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY

By: s/ Jacqueline L. Jacobs
Jacqueline L. Jacobs
Assistant United States Attorney