UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.             Case Number 2:09cr183-002

                USM Number 10383-027

**ALEJANDRO RIOS**
    **Defendant**

                James Thiros
                Defendant's Attorney

_____

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count four of the Superseding Indictment on 6/11/2010.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 21:841(a)(1) & 18:2 DISTRIBUTION OF COCAINE | May 13, 2008 | 4s |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count three of the Superseding Indictment is dismissed on the motion of the United States .

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

             November 9, 2010
             Date of Imposition of Judgment

             s/ Joseph S. Van Bokkelen
             Signature of Judge

             Joseph S. Van Bokkelen, United States District Judge
             Name and Title of Judge

             November 15, 2010
             Date

Defendant: ALEJANDRO RIOS  Page 2 of 7
Case Number: 2:09cr183-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months** for Count Four Superseding.  Following his imprisonment, the defendant shall be placed on home detention for a period of 6 months, to commence within 30 days of placement on supervision.

The Court makes the following recommendations to the Bureau of Prisons:

> That the defendant be incarcerated in a federal facility as close to the **Chicagoland area** as possible.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____ _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
DEPUTY UNITED STATES MARSHAL

Defendant: ALEJANDRO RIOS  Page 3 of 7
Case Number: 2:09cr183-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years for Count Four Superseding.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.

 The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall submit to one drug test within 15 days of release from imprisonment and up to 6  periodic drug tests thereafter, as determined by the probation officer..

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support the defendant's dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court.
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

Defendant: ALEJANDRO RIOS                                                                                                           Page 5 of 7
Case Number: 2:09cr183-002

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be placed on home detention for a period of six months, to commence within 30 days of release from imprisonment. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any "call forwarding," "Caller ID," "call waiting," modems, answering machines, cordless telephones or other special services for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.

The defendant is to pay the cost of the electronic monitoring portion of this sentence not to exceed the daily contractual rate. The co-payent amount shall not exceed an amount determined by probation's sliding fee scale.  Changes to the established rate can be made by the probation officer subject to supervisory approval.

The defendant shall participate in an approved job skill training program at the direction of the probation officer within the first ninety (90) days of placement on supervision.

The defendant shall perform 40 hours of community service per month as directed by the probation officer unless otherwise employed or attending a job skill or vocational certification course.

Defendant: ALEJANDRO RIOS                                                                                          Page 6 of 7
Case Number: 2:09cr183-002

## CRIMINAL MONETARY PENALTIES

      The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 | | |

### FINE

      No fine imposed.

The Court finds that the defendant does not have the funds or the financial resources to pay a fine required by §5E1.2 of the guidelines manual without impairing his ability to support himself and his dependant(s). The Court will waive the fine in this case.

### RESTITUTION

      No restitution was ordered.

Defendant: ALEJANDRO RIOS  Page 7 of 7
Case Number: 2:09cr183-002

Name: __ALEJANDRO RIOS__

Docket No.: __2:09cr183-002__

ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

    Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

    I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)
_____    _____
    Defendant                                                                                           Date


_____    _____
    U.S. Probation Officer/Designated Witness                            Date